May 9, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

MAN INDUSTRIES (INDIA), LTD., Appellant

NO. 14-11-00791-CV                    V.

MIDCONTINENT EXPRESS PIPELINE, LLC, PRIME PIPE
INTERNATIONAL, INC., AND THE BANK OF TOKYO-MITSUBISHI UFJ,
LTD., Appellees

—————————————————————

MIDCONTINENT EXPRESS PIPELINE, LLC, Cross-Appellant

NO. 14-11-00892-CV                    V.

MAN INDUSTRIES (INDIA), LTD., PRIME PIPE INTERNATIONAL, INC.,
AND THE BANK OF TOKYO-MITSUBISHI UFJ, LTD., Cross-Appellees

—————————————————————

This cause, an appeal from the judgment signed August 29, 2011, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore

- **MODIFY** the award of actual damages to Prime Pipe to reduce it by $511,073.11, bringing its total award of actual damages to $998,475.10;

- **AFFIRM** the remaining damage awards; and

- **REMAND** the case to the trial court for recalculation of offsets and prejudgment interest, and for rendition of judgment in accordance with this opinion.

We order appellant Man Industries (India), Ltd. to pay all costs incurred in this appeal.

We further order this decision certified below for observance.